EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
LARA A. BRADT, CSBN 289036
    Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    E-mail: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA CRESPO, | ) No. 2:16-cv-00576-GJS |
| | ) |
| Plaintiff, | ) **[PROPOSED] JUDGMENT OF REMAND** |
| v. | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

-1-

1  The Court, having approved the parties' Stipulation to Voluntary Remand
2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS
3 HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned
4 action is remanded to the Commissioner of Social Security for further proceedings
5 consistent with the Stipulation to Remand.

7 Date:   September 6, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-2-